IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Britt, Donna J | Case Number:  07 B 14805 |
| | Judge:  Squires, John H |
| Printed:  7/29/08 | Filed:  8/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 18, 2008
Confirmed: November 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,250.00 | |
| Secured: | | 235.79 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,892.52 |
| Trustee Fee: | | 121.69 |
| Other Funds: | | 0.00 |
| Totals: | 2,250.00 | 2,250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,081.50 | 1,892.52 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 498.00 | 35.79 |
| 4. | Household Financial Corporation | Secured | 6,961.00 | 200.00 |
| 5. | Ocwen Federal Bank FSB | Secured | 12,352.21 | 0.00 |
| 6. | Everhome Mortgage Company | Secured | 660.00 | 0.00 |
| 7. | B-Real LLC | Unsecured | 71.74 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 175.54 | 0.00 |
| 9. | HSBC | Unsecured | 136.08 | 0.00 |
| 10. | America's Financial Choice Inc | Unsecured | 25.57 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 51.17 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 32.23 | 0.00 |
| 13. | Household Financial Corporation | Unsecured | 0.00 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 104.29 | 0.00 |
| 15. | Account Recovery Service | Unsecured | | No Claim Filed |
| 16. | National Quick Cash | Unsecured | | No Claim Filed |
| 17. | City Of Chicago | Unsecured | | No Claim Filed |
| 18. | Uptown Cash | Unsecured | | No Claim Filed |
| 19. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 20. | LVNV Funding | Unsecured | | No Claim Filed |
| 21. | National Credit Adjusters | Unsecured | | No Claim Filed |
| 22. | JP Morgan Chase Bank | Unsecured | | No Claim Filed |
| 23. | Cash To Go | Unsecured | | No Claim Filed |
| 24. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 25. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Britt, Donna J

Printed:  7/29/08

Case Number:  07 B 14805
Judge:  Squires, John H
Filed:  8/16/07

| | | | |
|---|---|---|---|
| 26. SBC | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 24,149.33 | $ 2,128.31 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 120.45 |
| 6.5% | 1.24 |
| | _____ |
| | $ 121.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____